MACON, DUBLIN AND SAVANNAH RAILROAD CO. *v.* CURRELL & CO.

COBB, J. The bill of exceptions in this case assigned error upon a judgment of the superior court overruling a petition for certiorari ; and while the answer of the justice was confused and unsatisfactory, it still appears therefrom, even after a portion of the testimony set out in the answer was stricken on a traverse thereto, that there was at least some evidence to support the finding of the justice ; and the rulings complained of in the petition, in so far as they were verified by the answer, even if erroneous, were not of such a character as to require the superior court to order a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted November 20, — Decided December 12, 1901.

Certiorari. Before Judge Hart. Laurens superior court. January 30, 1901.

*Akerman & Akerman,* for plaintiff in error.